# Notice Recipients

District/Off: 0314−1     User: admin     Date Created: 05/15/2020
Case: 1:20−bk−00429−HWV     Form ID: 318     Total: 35

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Lawrence V. Young (Trustee) | lyoung@cgalaw.com |
| aty | Thomas E. Miller | staff@tommillerlawoffice.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | John Paul Garrett | 207 McKinley Avenue    Hanover, PA 17331 |
| jdb | Jonell Maria Garrett | 207 McKinley Avenue    Hanover, PA 17331 |
| cr | PRA Receivables Management, LLC | PO Box 41021    Norfolk, VA 23541 |
| cr | State Farm Bank | c/o Becket and Lee LLP    PO Box 3001    Malvern, PA 19355−0701 |
| 5298497 | Ally | Payment Processing Center    P.O. Box 9001951    Louisville, KY 40290−1951 |
| 5298498 | American Express | P.O. Box 1270    Newark, NJ 07101−1270 |
| 5298499 | Best Buy Credit Services | P.O. Box 78009    Phoenix, AZ 85062−8009 |
| 5298501 | CBCS | P.O. Box 2724    Columbus, OH 43216−2724 |
| 5298500 | Capital One | P.O. Box 71083    Charlotte, NC 28272 |
| 5298502 | Commercial Acceptance Company | 2300 Gettysburg Road    Suite 102    Camp Hill, PA 17011−7303 |
| 5298503 | Discover Bank | PO Box 6103    Carol Stream, IL 60197 |
| 5298504 | Emergency Phys Assoc of PA, Inc | P.O. Box 740021    Cincinnati, OH 45274−0021 |
| 5298505 | Emergency Phys Assoc of PA, PC | P.O. Box 740021    Cincinnati, OH 45274−0021 |
| 5298506 | Goodyear Credit Plan | P.O. Box 9001006    Louisville, KY 40290−1006 |
| 5298508 | HRRG | P.O. Box 5406    Cincinnati, OH 45273−7942 |
| 5298507 | Holly K. Liska, Tax Collector | 207 Third Street    Hanover, PA 17331 |
| 5298509 | KML Law Group, P.C. | Suite 5000−BNY Independence Center    701 Market Street    Philadelphia, PA 19106−1532 |
| 5298510 | Kohls Payment Center | P.O. Box 2983    Milwaukee, WI 53201−2983 |
| 5298511 | Lowe's/Synchrony Bank | P.O. Box 530914    Atlanta, GA 30353−0914 |
| 5298512 | Lowes/Synchrony Bank | P.O. Box 530914    Atlanta, GA 30353−0914 |
| 5298513 | National Recovery Agency | 2491 Paxton Street    Harrisburg, PA 17111 |
| 5298514 | Nationwide Credit, Inc. | P.O. Box 14581    Des Moines, IA 50306−3581 |
| 5298515 | PNC Mortgage | 3232 Newmark Drive    Miamisburg, OH 45342 |
| 5325898 | Peter T. Ruth | Stock and Leader    221 W. Philadelphia St., Suite E600    York, PA 17401−1740 |
| 5298516 | State Farm Bank | P.O. Box 23025    Columbus, GA 31902−3025 |
| 5298517 | State Farm Bank | P.O. Box 2328    Attn.: Financial Cards    Bloomington, IL 61702−2328 |
| 5327739 | State Farm Bank | c/o Becket and Lee LLP    PO Box 3001    Malvern PA 19355−0701 |
| 5298518 | StateFarmBank | PO Box 23025    Columbus, GA 31902−3025 |
| 5299189 | Synchrony Bank | c/o PRA Receivables Management, LLC    PO Box 41021    Norfolk, VA 23541 |
| 5298519 | Wellspan Health | P.O. Box 645734    Cincinnati, OH 45264−5734 |
| 5298520 | Weltman, Weinberg & Reis Co., LPA | P.O. Box 93784    Cleveland, OH 44101−5784 |
| 5298521 | York County Tax Claim Bureau | Administration Center    28 East Market Street    York, PA 17401−1577 |

TOTAL: 32